UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | | |
|---|---|---|
| DENISE MARIE CONTRERAS,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 2:24-cv-01533-E<br><br>[PROPOSED]  ORDER  AWARDING EAJA FEE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND FIVE AND 35/100 ($5,605.35) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/15/24                     _____

                                            HON. CHARLES F. EICK
                                            UNITED STATES MAGISTRATE JUDGE

-1-